# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phillip Mark Vaughan,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

vs.                                                   3:08cv330

USA,

    Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/2008 Order.

                                                        Signed: July 25, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court